UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:
Mark B. Bush
Mesa K. Bush

CASE NO. 10-70649-BHL-7

CHAPTER 7

Debtors

## MOTION FOR ORDER AUTHORIZING
## ABANDONMENT AND MODIFYING AUTOMATIC STAY

Comes now Wells Fargo Bank, N.A., ("Creditor"), by and through its attorney, Unterberg & Associates, P.C., and in support of its Motion for Order Authorizing Abandonment and Modifying Automatic Stay, states as follows:

1. The debtors herein filed a voluntary petition in bankruptcy on April 19, 2010.

2. The Creditor is the holder of a mortgage on the property described below:

   Lot 341 of Rancho Del Sol Lindo, according to the plat of record in the office of the County Recorder of Pima County, Arizona, recorded in Book 25 of Maps, Page 47.

   *Commonly known as:  11441 North Paseo Alejandro, Marana, AZ  85653-8705*

3. The Creditor holds a security interest in said property by way of written instruments, which were perfected as provided by law.  True and exact copies of said instruments, with proof of perfection, are attached hereto and made a part hereof.

4. The original amount of the mortgage dated July 2, 2007 was $113,900.00. The interest rate is 6.875% per annum.  The total amount of accrued interest and the unpaid principal balance as of April 28, 2010 is $112,808.44.

5. The real estate is valued at $75,000.00 on the bankruptcy schedules.

6. The debtors do not claim an exemption with respect to the subject property.

7. The Statement of Intention calls for surrender of the real estate to Creditor.

8. The debtor(s) have no equity in the real estate and it is not needed for an effective reorganization. The automatic stay should be modified pursuant to 11 U.S.C. §362(d)(2).

9. Said property is of inconsequential value and benefit to the estate and should be abandoned from the bankruptcy estate pursuant to 11 U.S.C. §554(b).

**WHEREFORE**, this Creditor requests that:

1. The Automatic Stay of this proceeding be terminated as to this Creditor, its agents, successors and assigns.

2. The subject property be abandoned from the bankruptcy estate.

3. That the Court waive the fourteen day stay of the Order granting this motion, pursuant to Bankruptcy Rule 4001(a)(3); and

4. For any and all other just and proper relief that the Court sees fit.

        Attorneys for Creditor

By: *(signature)*
Kristin L. Durianski   24866-64
Unterberg & Associates, P.C.
Atty File: 9976320

## CERTIFICATE OF SERVICE

I certify that on April 30, 2010, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Michael J. Hayden; mhayden@evansville.net
Stacy M. Wissel; tr_wissel_ecf@sbcglobal.net
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

        Attorneys for Creditor

By: *(signature)*
Kristin L. Durianski   24866-64

Unterberg & Associates, P.C.
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@unterlaw.com
Atty File: 9976320

**This communication is from a Debt Collector.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:
Mark B. Bush
Mesa K. Bush

CASE NO. 10-70649-BHL-7

CHAPTER 7

Debtors

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

PLEASE TAKE NOTICE that the parties in interest in the above captioned case shall have **fourteen (14) days from the date this Notice is served** to file an objection to the Motion for Abandonment and Relief from Stay filed herein on behalf of Wells Fargo Bank, N.A. regarding the real estate legally described as:

> Lot 341 of Rancho Del Sol Lindo, according to the plat of record in the office of the County Recorder of Pima County, Arizona, recorded in Book 25 of Maps, Page 47.
>
> Commonly known as:  11441 North Paseo Alejandro, Marana, AZ  85653-8705

Objections must be filed in writing in accordance with the Local Rule S.D.Ind. B-9013-1 with the Clerk's Office at U.S. Bankruptcy Court, 101 NW Martin Luther King Blvd., Suite 352, Evansville, IN 47708 and served on the attorney for the moving party at the address listed below.  If no objection is timely filed, an order may be entered by the Court for the relief requested.

## CERTIFICATE OF SERVICE

I certify that on April 30, 2010, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Michael J. Hayden; mhayden@evansville.net
Stacy M. Wissel; tr_wissel_ecf@sbcglobal.net
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

I further certify that a true and accurate copy of the attached was served on all creditors and other parties in interest by depositing in the U.S. Mail on April 30, 2010, at the addresses listed below or attached hereto.

Attorneys for Creditor

By: /s/ Kristin L. Durianski
Kristin L. Durianski    24866-64

Unterberg & Associates, P.C.
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@unterlaw.com
Atty File: 9976320

This communication is from a Debt Collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

Advanced Call Center Technologies, LLC
P.O. Box 8457
Johnson City, TN 37615-0457

Amsher Collection Services, Inc.
600 Beacon Pkwy. W., Ste. 300
Birmingham, AL 35209-3120

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

BYL Collection Services
301 Lacey St.
West Chester, PA 19382

Capital One
P.O. Box 85167
Richmond, VA 23285-5167

Carondelet Health Network
2202 N. Forbes Blvd
Tucson, AZ 85745

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chrysler Financial
P.O. Box 9001921
Louisville, KY 40290-1921

Citi Health Card
P.O. Box 653084
Dallas, TX 75265-3054

City of Tucson Finance Dept.
City Hall
P.O. Box 27450
Tucson, AZ 85726-7450

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

Dept. of ED/ACS
P.O. Box 7063
Utica, NY 13504-7063

DirecTV
P.O. Box 6414
Carol Stream, IL 60197-6414

ER Solutions, Inc
P.O. Box 9004
Renton, WA 98057

GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Hammerman & Hultgren, P.C.
3101. N. Central Ave., Suite 500
Phoenix, AZ 85012

Household Finance Corp.
c/o Hammerman & Hultgren, P.C.
3101 N. Central Ave., Suite 500
Phoenix, AZ 85012

Lake Michigan Credit Union
3809 Lake Eastbrook Blvd. SE
Grand Rapids, MI 49546

Mark B. Bush
3100 Lincoln Ave.
Evansville, IN 47714

Mesa K. Bush
3100 Lincoln Ave.
Evansville, IN 47714

NCO Financial Systems
Dept 64
Trenton, NJ 08650

Nelnet, Inc.
P.O. Box 786
Jacksonville, FL 32201-0786

Qwest
c/o ER Solutions
P.O. Box 9004
Renton, WA 98057

Radiology Ltd.
c/o Emerald AR Systems, LLC
1850 N. Central Ave., Suite 1010
Phoenix, AZ 85004-4527

Rodale
P.O. Box 6001
Emmaus, PA 18098-0601

Southwest Gas - Southern AZ - P
c/o BYL Collection Services, LLC
301 Lacey St.
West Chester, PA 19382

Sunrise Credit Services, Inc.
P.O.Box 9100
Farmingdale, NY 11735-9100

Target National Bank
c/o Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581

Termite & Pest Control, Inc.
1638 N. Columbus Blvd.
Tucson, AZ 85712

T-Mobile
P.O. Box 37380
Albuquerque, NM 87176-7380

Trico Electric Cooperative, Inc.
p.o. bOX 930
Marana, AZ 85653-0930

Valley Ent, PC
9097 E. Desert Cove Ave., Ste. 260
Scottsdale, AZ 85260-6710

Waste Management
1580 E. Elwood St.
Phoenix, AZ 85040

_____

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

_____